GARY M. RESTAINO
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant United States Attorney
Arizona State Bar No. 23121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY
SEP 1 2 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Alexis Daneen Curry,<br>   (Counts 1 & 2)<br><br>2. Thvoughn Lynden Curry,<br>   (Counts 1 & 2)<br><br>Defendants. | No.   CR-23-1293-PHX-GMS (MTM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1343<br>(Wire Fraud)<br>Count 1<br><br>18 U.S.C. § 1957<br>(Money Laundering)<br>Count 2<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

*Background on Arizona Health Care Containment System*

1.  The Arizona Health Care Cost Containment System ("AHCCCS") is Arizona's Medicaid agency that offers health care programs to serve Arizona residents. AHCCCS contracts with several health plans to provide covered services and also works with medical providers such as, doctors, hospitals, pharmacies, specialists, and counselors, to provide care for AHCCCS members (patients). Covered services include, among other

services, behavioral health counseling services, such as counseling and substance abuse treatment.

2. All medical providers who serve AHCCCS members are required to be screened and enrolled as an approved provider before AHCCCS pays the provider for medical services provided to its members. For a medical professional to become a provider in the AHCCCS program, the provider must truthfully and accurately complete a provider enrollment paperwork package and submit it to AHCCCS. Reviewing officials at AHCCCS review such applications and, if they approve the application, the medical provider is then permitted to begin providing medical services to AHCCCS members and receive payments from AHCCCS for medical services rendered.

3. In 2020, the AHCCCS provider application, in pertinent part, required a medical provider applicant (the "Provider Applicant") to truthfully disclose the following information during enrollment, revalidation and within 35 days after any change in ownership:

  a. The name and address of any person (individual or corporation) with ownership or control interest. The address for corporate entities must include, as applicable, primary business address, every business location and P.O Box address.
  b. Date of birth and Social Security Number (in the case of an individual).
  c. Other Tax Identification Number, in the case of a corporation, with an ownership or control interest or of any subcontractor in which the disclosing entity has a five percent of more interest.
  d. Whether the person (individual or corporation) with an ownership or control interest is related to the person with ownership or control interest as a spouse, parent, child or sibling; or whether the person (individual or corporation) with an ownership or control interest of any subcontractor in which the

disclosing entity has a 5 percent or more interest is related to another person with ownership or interest as a spouse, parent, child or sibling.

 e. The name of any other fiscal agent or manage care entity in which an owner has an ownership or control interest in an entity that is reimbursable by Medicaid and/or Medicare.

 f. The name, address, date of birth and Social Security Number of any managing employee.

4. After the Provider Applicant submits its provider enrollment paperwork package for review and it is approved by AHCCCS, the approved provider is then entitled to provide medical services to AHCCCS members and receive payments from AHCCCS for the medical services rendered.

5. After an approved AHCCCS provider provides services to an AHCCCS member, the provider typically submits a claim for payment through an online portal operated by AHCCCS. As part of such a claim submission, AHCCCS requires the provider to disclose the date services were provided, a code(s) that reflect the type of service(s) provided, as well as the total amount of reimbursement sought by the provider.

6. AHCCCS typically pays its providers either by check or by electronically transmitting funds to a bank account.

### 1 Family Clinic, LLC – Entity and Accounts

7. On July 13, 2020, THVOUGHN LYNDEN CURRY, submitted an application to the IRS for an Employer Identification Number ("EIN") for the entity 1 Family Clinic, LLC, to which the IRS assigned EIN (XX-XXX8563). THVOUGHN LYNDEN CURRY, using his social security number, represented he alone owned the LLC, a health care and social assistance business.

8. On July 13, 2020, THVOUGHN LYNDEN CURRY, submitted Articles of Organization to the Arizona Corporation Commission ("AZCC") for 1 Family Clinic, LLC, listing himself as the Manager, Organizer and Authorized Agent.

9. On October 6, 2020, Articles of Amendment were submitted to the AZCC adding ALEXIS DANEEN CURRY as an additional Manager of 1 Family Clinic, LLC.

10. On or about November 24, 2020, THVOUGHN LYNDEN CURRY and ALEXIS DANEEN CURRY together opened a Bank of America Business Bank Account XXXX7401 in the name of 1 Family Clinic, LLC. The signature card reflects the business is a partnership with the EIN XX-XXX8563. THVOUGHN LYNDEN CURRY and ALEXIS DANEEN CURRY are listed as managers of the partnership and are both signers on the account.

11. At all times relevant to this indictment through present, THVOUGHN LYNDEN CURRY and ALEXIS DANEEN CURRY were legally married people.

12. Starting in October 2018 and continuing through May 2023, THVOUGHN LYNDEN CURRY had an outstanding arrest warrant in Hillsborough County, Florida, on two felony counts, for fraudulently using a counterfeit social security number to purchase a vehicle with intent to defraud. (CR2018-22238422.)

### *1 Family Clinic, LLC - AHCCCS Application*

13. On or about December 3, 2020, ALEXIS DANEEN CURRY electronically submitted a provider enrollment application package for 1 Family Clinic, LLC (the "2020 1 Family Clinic AHCCCS Application") to AHCCCS bearing her signature. The 2020 1 Family Clinic Application contained the following pertinent information:

   a. The 2020 1 Family Clinic AHCCCS Application sought permission for 1 Family Clinic, LLC to operate a behavioral health outpatient clinic located in Mesa, Arizona, and to and to bill for services rendered and receive payments from AHCCCS.

   b. The 2020 1 Family Clinic AHCCCS Application stated that ALEXIS DANEEN CURRY was the 100% owner of 1 Family Clinic, LLC.

14. AHCCCS approved the 2020 1 Family Clinic AHCCCS Application on or about January 25, 2021, and 1 Family Clinic, LLC was thereafter permitted to submit claims to be reimbursed for the treatment of AHCCCS patients.

15. Between approximately February 1, 2021, continuing through March 31, 2023, 1 Family Clinic, LLC submitted approximately 2,078 claims, for 13,600 itemized services to AHCCCS. These claims represent approximately 185 purported patients. In these claims 1 Family Clinic, LLC sought reimbursement for approximately $12,600,000.

16. As a result of claims submitted by 1 Family Clinic, LLC, AHCCCS paid 1 Family Clinic, LLC approximately $12,100,000 during the same time.

## COUNT 1
### Wire Fraud
### (18 U.S.C. § 1343)

17. The factual allegations above are incorporated for Count 1.

18. Beginning at a time unknown to the Grand Jury, but at least as early as July 13, 2020, and continuing until the present, in the District of Arizona and elsewhere, the defendants ALEXIS DANEEN CURRY and THVOUGHN LYNDEN CURRY knowingly and willfully devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by intentional concealment and omission of material facts.

19. On or about each of the dates set forth below, for the purpose of executing the scheme and artifice, ALEXIS DANEEN CURRY and THVOUGHN LYNDEN CURRY did knowingly transmit and caused to be transmitted by means of wire communication in interstate commerce to and from the District of Arizona the signals and sounds described below:

| Count | Date | Description |
|---|---|---|
| 1 | 4/22/2021 | Claim Submission to AHCCCS for $13,994.30 |

All in violation of 18 U.S.C. § 1343.

## COUNT 2
## Money Laundering
## (18 U.S.C. § 1957)

20. The factual allegations above are incorporated for Count 2.

21. On or about the dates set forth below, in the District of Arizona and elsewhere, defendants ALEXIS DANEEN CURRY and THVOUGHN LYNDEN CURRY knowingly engaged and attempted to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000 as described below, such property having been derived from a specified unlawful activity, that is, wire fraud in violation of 18 U.S.C. § 1343:

| Count | Date | Description |
| --- | --- | --- |
| 2 | 03/02/21 | $22,997.68 Deposit in Bank of America Account ending in x7401 |

All in violation of 18 U.S.C. § 1957.

## FORFEITURE ALLEGATION
## (18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c))

22. The factual allegations above are incorporated for forfeiture. The grand jury further realleges and incorporates the allegations of Counts 1 and 2 of this indictment, which are incorporated by references as though fully set forth herein.

23. Pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, defendants ALEXIS DANEEN CURRY and THVOUGHN LYNDEN CURRY shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offense(s), or any property traceable to such property involved in the offense(s), or conspiracy to commit such offense(s), including the

following: all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of a statute listed in 18 U.S.C. § 982; all other property constituting proceeds obtained as a result of those violations; and all property used in any manner or part to commit or to facilitate the commission of those violations including, but not limited to, the sum of money representing the amount of money involved in the offense(s) and the property named below.

a. The property at 44618 North Sonoran Arroyo Lane, New River, Arizona 85251, titled to CURRY'S ENTERPRISE, LLC.
b. The property at 3030 North Sericin, Mesa, Arizona 85215, titled to CURRY'S ENTERPRISE, LLC.
c. The property at 2519 East Menlo Street, Mesa, Arizona 85213, titled to CURRY'S ENTERPRISE, LLC.
d. The property at 630 North Windsor, Mesa, Arizona 85213, titled to D.A.T. AUTO GROUP, LLC.
e. The property at 2033 East Edgewood Avenue, Mesa, Arizona 85204, titled to 2 FAST CONSULTANTS, LLC.

24. If any of the forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence,
b. has been transferred or sold to, or deposited with, a third party,
c. has been placed beyond the jurisdiction of the court,
d. has been substantially diminished in value, or
e. has been commingled with other property which cannot be divided without difficulty,

/
/
/
/
/

Case 2:23-cr-01293-GMS   Document 3   Filed 09/12/23   Page 8 of 8

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  September 12, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
Kristen Brook
Assistant U.S. Attorney

- 8 -