IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-01293-002-PHX-GMS |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| Thvoughn Lynden Curry, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from the defendant, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion for a protective order (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes, but is not limited to, addresses, telephone numbers, dates of birth, social security numbers, and financial information.

2. Defense counsel may share materials containing PII with members of the defense team, including experts, investigators, and other professionals retained by the defendant or defense counsel to assist in the preparation of the defense.

///

3. The defense team shall safeguard and shall not disclose the PII provided to them, other than to the extent necessary to prepare the defense.

4. The defense team may review materials containing PII with the defendant and potential witnesses to the extent necessary to prepare the defense.

5. The defendant and potential witnesses shall not be allowed to retain any materials containing PII during the course of the litigation unless defense counsel ensures that all PII has been redacted from the copies to be retained.

6. The defense team shall destroy, at the conclusion of this matter, all PII in its possession, except that defense counsel shall be allowed to retain materials containing PII until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

No excludable delay shall occur from the entry of this Order.

Dated this 19th day of December, 2023.

_____
G. Murray Snow
Chief United States District Judge